**Opinion issued December 5, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00774-CV

_____

**IN RE JACQUES BERMON WEBSTER II A/K/A "TRAVIS SCOTT" A/K/A "CACTUS JACK," CACTUS JACK RECORDS, LLC, CACTUS JACK ETERPRISES, LLC, CACTUS JACK STUDIOS, LLC, LAFLAME ENTERPRISES, INC., AND XX GLOBAL, INC., Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On October 16, 2024, relators, Jacques Bermon Webster II, also known as "Travis Scott," also known as "Cactus Jack," Cactus Jack Records, LLC, Cactus Jack Enterprises, LLC, Cactus Jack Studios, LLC, LAFlame Enterprises, Inc., and XX Global, Inc. (collectively, "relators"), filed an amended petition for writ of mandamus, asserting that the trial court had failed to rule on their motion to compel

production of settlement agreements of real parties in interest, Angel Dominguez, Elizabeth Martinez, and Henry Nguyen with other defendants in the underlying case.[1] Relators also filed an "Emergency Motion for Temporary Relief and Stay of Proceedings and Trial . . . seeking a temporary stay of pre-trial hearing and court proceedings as well as the October 22, 2024 trial setting."[2]

On October 18, 2024, relators filed a letter, arguing that because their complaints had been resolved and trial had been reset, their "emergency motion requesting temporary relief . . . [wa]s now moot" and stating that they "no longer s[ought] the relief requested in their [a]mended [p]etition [for writ of mandamus]."[3] *See* TEX. R. APP. P. 52.8(a). Relators' motion did not include a certificate of conference, but more than ten days have passed since the motion was filed, and no party has opposed the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

---

[1] The underlying case is *In re: Astroworld Festival Litigation*, Master Cause No. 2021-79885, in the 11th District Court of Harris, Texas, the Honorable Kristen Brauchle Hawkins presiding.

[2] Real parties in interest, Live Nation Worldwide, Inc., Live Nation Entertainment, Inc., Live Nation Marketing, Inc., Scoremore Holdings, LLC, Front Gate Ticketing Solutions, LLC, Brad Wavra, Brent Silberstein, and Sascha Guttfreund, filed a "Joinder of Relators' Emergency Motion for Temporary Relief and Stay of Proceedings and Trial," requesting a stay of the trial court's October 22, 2024 trial setting.

[3] We construe relators' letter as a motion to dismiss their petition for writ of mandamus and motion for temporary relief.

Accordingly, we grant the motion and dismiss as moot the petition for writ of mandamus and motion for temporary relief. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.